Cyrus Safa
Attorney at Law: 13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
CHADD M. HILLEN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHADD M. HILLEN | ) Case No.: 2:16-cv-00913-JCM-VCF |
| Plaintiff, | ) |
| | ) STIPULATION TO EXTEND TIME |
| v. | ) TO FILE Motion to Remand |
| | ) |
| CAROLYN W. COLVIN,  Acting | ) (FIRST REQUEST) |
| Commissioner of Social Security. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Plaintiff Chadd M. Hillen ("Plaintiff") and defendant Carolyn Colvin,

Commissioner of Social Security ("Defendant"), through their undersigned counsel

of record, hereby stipulate, subject to the approval of the Court, to extend the time

for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to March 2,

2017; and that Defendant shall have until April 3, 2017, to file her opposition, if

any is forthcoming.  Any reply by plaintiff will be due April 24, 2017.

1    An extension of time for plaintiff is needed in order to properly prepare

2    plaintiff's motion addressing the legal issues within the administrative record in

3    this matter.  Counsel sincerely apologizes to the court for any inconvenience this

4    may have had upon it or its staff.

5

6    DATE: January 9, 2017          Respectfully submitted,

7                                   LAWRENCE D. ROHLFING

8                                        /s/ *Cyrus Safa*

9                              BY: _____
                                   Cyrus Safa
10                                 Attorney for plaintiff Mr. Chadd M. Hillen

11

12   DATE:  January 9, 2017         Daniel G. Bogden
                                    United States Attorney
13

14                                      /s/ *April A. Alongi*

15                             BY: _____
                                   April A. Alongi
16                                 Special Assistant United States Attorney
                                   Attorneys for defendant Carolyn W. Colvin
17                                 |*authorized by e-mail|

18

19   DATED:  1-10-2017

20   IT IS SO ORDERED: _____

21                     UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:16-CV-00913-JCM-VCF**

I hereby certify that I electronically filed the foregoing with the Clerk of the

Court for this court by using the CM/ECF system on January 9, 2017.

I certify that all participants in the case are registered CM/ECF users and

that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*

_____

Cyrus Safa
Attorneys for Plaintiff