Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
CHADD M. HILLEN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHADD M. HILLEN | ) Case No.: 2:16-cv-00913-JCM-VCF |
| Plaintiff, | ) STIPULATION TO EXTEND TIME |
| v. | ) TO FILE MOTION FOR REVERSAL |
| NANCY A. BERRYHILL,  Acting | ) AND/OR REMAND |
| Commissioner of Social Security. | ) |
| Defendant. | ) |

Plaintiff Chadd M. Hillen and Defendant Carolyn W. Colvin, Acting

Commissioner of Social Security, through their undersigned attorneys, stipulate,

subject to this court's approval, to extend the time to April 3, 2017 for Plaintiff to

file Plaintiff's Motion for Reversal and/or Remand; and that Defendant shall have

until May 3, 2017, to file her opposition, if any is forthcoming.  Any reply by

plaintiff will be due May 23, 2017.

///

///

-1-

As the Court is aware, after a 5 year battle with terminal stage 4 cancer Plaintiff's Counsel's Spouse of the associate, who this matter is assigned to, passed away on September 30, 2016.  The aftermath of this traumatic event on both Counsel and his 9 year old son and 7 year old daughter was immeasurable. Compounding the impact of this loss is the fact that Counsel's spouse was a former employee at Counsel's Law Firm and her death was far reaching in its impact on Counsel's professional life as well.  Due to the death, the subsequent holiday period, and the need to find a permanent caregiver and the required time to acclimate his children to that presence during his absence to meet his professional obligations, Counsel requires the additional time to prepare and file her motion for summary judgment.

Counsel for plaintiff does not anticipate this extraordinary request for more time to become the rule and recognizes it is the extraordinary exception and sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

///
///
///
///
///
///
///
///
///
///
///
///
///

DATE: March 8, 2017          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Chadd M. Hillen


DATE:  March 8, 2017          Daniel G. Bogden
United States Attorney


/s/ *April A. Alongi*

BY: _____
April A. Alongi
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|


DATED:  3/8/17

IT IS SO ORDERED: _____

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:16-CV-00913-JCM-VCF**

I hereby certify that I electronically filed the foregoing with the Clerk of the

Court for this court by using the CM/ECF system on March 8, 2017.

I certify that all participants in the case are registered CM/ECF users and

that service will be accomplished by the CM/ECF system.

/s/ Cyrus Safa

_____

Cyrus Safa
Attorneys for Plaintiff

-4-